**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM JOHN JOHNSON, a natural person, individually, and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES USA, INC., a California Corporation; and TOYOTA MOTOR CORPORATION, a foreign corporation and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 18-cv-01664-WHA<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PERMIT PARTIES TO PARTICIPATE IN SETTLEMENT CONFERENCE**<br><br>DATE: August 23, 2018 (subject to Administrative Motion to Shorten Time to August 16, 2018, filed herewith)<br>TIME: 8:00 a.m.<br>JUDGE: Hon. William Alsup<br>COURTROOM: 12, 19th Floor<br>COMPLAINT FILED: March 16, 2018 |

---

[Proposed] Order Re Motion to Permit Parties To Participate in Settlement Conf.

- 1 -

1  Having reviewed and considered the Unopposed Motion to Permit Parties to
2  Participate in Settlement Conference, IT IS HEREBY ORDERED that the parties may
3  participate in an in-person settlement conference with Chief Magistrate Judge Spero on
4  September 12, 2018. Any resulting settlement agreement, however, must be approved by the Court. The hearing for this motion is hereby VACATED.
5  IT IS SO ORDERED.
6  DATED: _____August 6, 2018._____

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28  [Proposed] Order Re Motion to Permit Parties To Participate in Settlement Conf.

- 2 -

## CERTIFICATE OF SERVICE

1
2   The undersigned hereby certifies that a true and correct copy of the foregoing document
3   has been served on July 19, 2018 to all counsel of record, who are deemed to have consented to
4   electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.
5
6
                            */s/    John W. Hanson*
7                           John W. Hanson, Esq.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [Proposed] Order Re Motion to Permit Parties To
    Participate in Settlement Conf.