IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHN JOHNSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES USA, INC., a California corporation; TOYOTA MOTOR CORPORATION, a foreign corporation; and DOES 1–10 inclusive,<br><br>Defendants. | No. C 18-01664 WHA<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS** |

On September 12, plaintiff (in his individual capacity) and defendants reached a settlement during a mediation session supervised by Judge Joseph Spero (Dkt. No. 40). On October 11, plaintiff filed a motion to dismiss (1) with prejudice as to his individual claims, and (2) without prejudice as to the claims brought on behalf of the putative class members (Dkt. No. 43). Defendants do not oppose (Dkt. No. 44). The motion to dismiss is **GRANTED** and this action is **DISMISSED**. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 22, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE